UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL LAMONT SMITH, AP5347,<br><br>Plaintiff,<br><br>v.<br><br>KYLE PETREY, et al.,<br><br>Defendant(s). | Case No. 19-cv-05213-SK  (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff has filed a pro se complaint under 42 U.S.C. § 1983 alleging violations of his federal rights at Sierra Conservation Center (SCC) in Jamestown, California. A substantial part of the events or omissions giving rise to the claim(s) occurred, and the defendants named reside, in the County of Tuolumne, which lies within the venue of the Eastern District of California. See 28 U.S.C. § 84(b). Venue therefore properly lies in the Eastern District. See id. § 1391(b).

Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this action be TRANSFERRED to the United States District Court for the Eastern District of California.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED**.

Dated: August 26, 2019

_____
SALLIE KIM
United States Magistrate Judge