# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL LAMONT SMITH,<br><br>                Plaintiff,<br><br>     v.<br><br>KYLE PETREY, et al.,<br><br>                Defendants. | Case No. 1:19-cv-01169-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE ISSUED NOVEMBER 4, 2019<br><br>(ECF No. 10)<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION TO PROCEED *IN FORMA PAUPERIS*<br><br>(ECF No. 12)<br><br>ORDER DIRECTING PAYMENT OF INMATE FILING FEE BY CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION |

Plaintiff Del Lamont Smith is a state prisoner proceeding *pro se* in this civil rights action pursuant to 42 U.S.C. § 1983.

On August 21, 2019, Plaintiff initiated the instant action in the United States District Court for the Northern District of California. (ECF No. 1.) On August 26, 2019, the instant action was transferred to this Court. (ECF No. 4.)

On September 6, 2019, the Court ordered Plaintiff to either submit an application to proceed *in forma pauperis*, or, in the alternative, pay the $400.00 filing fee for this action, within forty-five (45) days of the date of service of the order. (ECF No. 7.)

However, Plaintiff failed to submit an application to proceed *in forma pauperis* or pay the $400.00 filing fee in full within the allotted time. Therefore, on November 4, 2019, the Court issued an order to show cause directing Plaintiff to submit an application to proceed *in forma pauperis*, pay the $400.00 filing fee for this action, or show cause in writing why this action should not be dismissed for failure to comply with the Court's September 6, 2019 order, within thirty (30) days after service of the order. (ECF No. 10.)

Currently before the Court is Plaintiff's application to proceed *in forma pauperis*, filed on November 22, 2019. (ECF No. 12.)

Initially, in light of the fact that Plaintiff has now filed an application to proceed *in forma pauperis*, the Order to Show Cause issued on November 4, 2019 is hereby vacated.

Further, since Plaintiff has made the showing required by § 1915, Plaintiff's application to proceed *in forma pauperis* will be granted. Plaintiff is obligated to pay the statutory filing fee of $350.00 for this action. 28 U.S.C. § 1915(b)(1). Plaintiff is obligated to make monthly payments in the amount of twenty percent (20%) of the preceding month's income credited to Plaintiff's trust account. The California Department of Corrections and Rehabilitation is required to send to the Clerk of the Court payments from Plaintiff's trust account each time the amount in the account exceeds $10.00, until the statutory filing fee is paid in full. 28 U.S.C. § 1915(b)(2).

Accordingly, IT IS HEREBY ORDERED that:

1. The Order to Show Cause issued on November 4, 2019, (ECF No. 10), is VACATED;
2. Plaintiff's application to proceed *in forma pauperis*, (ECF No. 12), is GRANTED;
3. **The Director of the California Department of Corrections and Rehabilitation or his/her designee shall collect payments from Plaintiff's prison trust account in an amount equal to twenty percent (20%) of the preceding month's income credited to the prisoner's trust account and shall forward those payments to the Clerk of the Court each time the amount in the account exceeds $10.00, in accordance with 28 U.S.C. § 1915(b)(2), until a total of $350.00 has been collected and forwarded to the Clerk of the Court. The payments shall be**

**clearly identified by the name and number assigned to this action;**

4. The Clerk of the Court is directed to serve a copy of this order and a copy of Plaintiff's *in forma pauperis* application, (ECF No. 12), on the Director of the California Department of Corrections and Rehabilitation, via the Court's electronic case filing system (CM/ECF); and

5. The Clerk of the Court is directed to serve a copy of this order on the Financial Department, U.S. District Court, Eastern District of California.

IT IS SO ORDERED.

Dated: **November 25, 2019**

UNITED STATES MAGISTRATE JUDGE