UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEL LAMONT SMITH,<br><br>    Plaintiff,<br><br>    v.<br><br>KYLE PETREY, et al.,<br><br>    Defendants. | No. 1:19-cv-01169-NONE-EPG (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br>(DOC. NOS. 18 & 21)<br><br>ORDER DISMISSING ACTION<br><br>ORDER FOR CLERK TO ASSIGN DISTRICT JUDGE AND CLOSE CASE |

     Del Lamont Smith ("plaintiff") is proceeding *pro se* and *in forma pauperis* in this action filed on August 21, 2019.  The matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On June 15, 2020, Magistrate Judge Erica P. Grosjean entered findings and recommendations, recommending that "[t]his action be dismissed, without prejudice, because it is clear from the face of the complaint that Plaintiff failed to exhaust his available administrative remedies prior to filing this lawsuit," and that "[t]he Clerk of Court be directed to close this case."  (Doc. No. 21 at 4.)

     Plaintiff was provided an opportunity to file objections to the findings and recommendations.  The deadline to file objections has passed, and plaintiff has not filed objections or otherwise responded to the findings and recommendations.

     In accordance with the provisions of 28 U.S.C. § 636(b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file,

the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly, THE COURT HEREBY ORDERS that:

1. The findings and recommendations issued by Magistrate Judge Erica P. Grosjean on June 15, 2020 (Doc. No. 21), are ADOPTED IN FULL;

2. This action is dismissed, without prejudice, because it is clear from the face of the complaint that plaintiff failed to exhaust his available administrative remedies prior to filing this lawsuit; and

3. The Clerk of Court is directed to assign a district judge to this case for the purpose of closing the case and then to close this case.

IT IS SO ORDERED.

Dated: **July 11, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE